UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

IN RE: AIR CRASH NEAR CLARENCE CENTER,           09-md-2085 (WMS)
NEW YORK ON FEBRUARY 12, 2009

                                                 This Document Relates to:
_____   ALL CASES


# NOTICE OF MOTION

| | |
|---|---|
| Nature of Action: | Multi-District Litigation |
| Moving Party: | Plaintiffs |
| Directed To: | Defendant, Continental Airlines, Inc. |
| Date and Time: | To be scheduled by the Court. |
| Place: | Part IV, United States Courthouse, 68 Court Street, Buffalo, New York. |
| Supporting Papers: | Affirmation of Hugh M. Russ, III, dated November 24, 2010 with exhibits, and Memorandum of Law, dated November 24, 2010. |
| Answering Papers: | Pursuant to Local Rule 7.1(c), the opposing party is required to file and serve answering papers, if any, at least eight (8) business days prior to the return date of this motion. The moving party intends to file and serve reply papers. |
| Relief Requested: | An order compelling defendant to respond fully to plaintiffs' discovery demands, together with the costs of this motion and further relief as this Court deems proper. |
| Grounds for Relief: | Federal Rules of Civil Procedure 26, 33, 34 and 37. |

- 2 -

Oral Argument:          Requested.

Dated: November 24, 2010

             s/ Hugh M. Russ, III
             HUGH M. RUSS. III